_____

No. 95-3886

_____

United States of America,           *
                                     *
          Appellee,                  *
                                     *  Appeal from the United States
     v.                              *  District Court for the
                                     *  Western District of Arkansas.
Teresa Prescott,                     *
                                     *        **[UNPUBLISHED]**
          Appellant.                 *

_____

Submitted:  June 27, 1996

Filed:  July 5, 1996

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.


     Teresa Prescott was convicted of aiding and abetting money
laundering, after a trial in which her husband and two other co-defendants
were also convicted of drug offenses.  We affirmed her conviction on
appeal.  United States v. Prescott, 42 F.3d 1165 (8th Cir. 1994).  Prescott
now appeals the district court's[1] order denying her 28 U.S.C. § 2255 motion
to vacate her sentence.

     On appeal, Prescott argues that a post-conviction forfeiture decree
caused her conviction to violate the Double Jeopardy Clause; that she
received ineffective assistance from counsel before, during, and after the
trial; and that she was prejudiced by

_____

[1]The HONORABLE BOBBY E. SHEPHERD, United States Magistrate
Judge for the Western District of Arkansas, to whom the case was
referred for final disposition by consent of the parties pursuant
to 28 U.S.C. § 636(c).

counsel's representation of multiple defendants.  After careful review of the record, the district court's thorough opinion, and Prescott's arguments on appeal, we conclude the district court's judgment denying relief was correct.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.